UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARCIA SPAHR,

                         Plaintiff,

             v.                                  5:07-CV-0882

COMMISSIONER OF SOCIAL SECURITY,
et al.,

                         Defendant.
_____

APPEARANCES:                        OF COUNSEL:

Marcia Spahr
Plaintiff *pro se*

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 26th day of November 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. (1) The case is dismissed for failure to comply with the Court's September 25, 2007 Order.

    (2) Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. No. 2) is denied as

moot.

   (3) Plaintiff's motion to appoint counsel (Dkt. No. 4) is denied as moot.

  3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

  IT IS SO ORDERED.

Dated: December 18, 2007
   Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge